

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| The State of Texas, | § | No. 08-13-00279-CR |
| State, | § | |
| | § | Appeal from the |
| v. | § | 409th District Court |
| Luis Ramos, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110D01868) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **October 10, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **October 10, 2014.**

If Appellee's brief is not filed with this Court by October 10, 2014, this Court will find it necessary to send this case back to the trial court for a hearing as to why Appellee's brief has not been filed.

IT IS SO ORDERED this 22nd day of July, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.